UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY as Subrogee of SANDRA SIMPSON,<br><br>                      Plaintiff,<br>v.<br><br>BATH & BODY WORKS/WHITE BARN CANDLE COMPANY,<br>                      Defendant. | CIVIL ACTION<br><br>NO. 04-CV-229J |

## STIPULATION OF DISMISSAL WITH PREJUDICE

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Allstate Insurance Company as Subrogee of Sandra Simpson and Defendant Bath & Body Works, Inc.(incorrectly captioned as Bath & Body Works/White Barn Candle Company), through their attorneys, that the within action, as well as all causes of action based thereon, shall be and hereby is **DISMISSED WITH PREJUDICE**. Each party to bear it own costs, including attorneys' fees.

| | |
|---|---|
| **White and Williams, LLP**<br>1800 One Liberty Place<br>Philadelphia, PA 19103<br>(215) 864-7000<br><br>By: _____<br>    BRIAN E. TETRO<br>    Attorneys for Plaintiff<br><br>Dated: 1-23 , 2006 | **McCarter & English, LLP**<br>Mellon Bank Building<br>1735 Market Street, Suite 700<br>Philadelphia, PA 19103<br>(215) 979-3800<br><br>By: _____<br>    DAVID S. OSTERMAN<br>    HENRY J. NOYE<br>    Attorneys for Defendant<br><br>Dated: 2-16 , 2006 |

## CERTIFICATE OF SERVICE

I, Henry J. Noye, hereby certify that on this date I caused a true and correct copy of the foregoing Stipulation of Dismissal to be served via first class mail upon the following:

> Brian E. Tetro, Esquire
> White and Williams, LLP
> 1800 One Liberty Place
> Philadelphia, PA  19103
> Attorney for Plaintiff
> Allstate Insurance Company as
> Subrogee of Sandra Simpson

Dated: 2-16-06

Henry J. Noye

ME1\5397542.1